Copies Mailed/Faxed *e mailed to AUSA ,
Chambers of Vincent L. Briccetti *10|2|20 DW*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA                 :

                                                               :        **ORDER**

v.                                                                 :

                                                               :        05 CR 463 (VB)

AMINATTA SIRLEAF,                              :

                                Defendant.        :

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10|2|20
```

On September 28, 2020, this case, which was originally assigned to Judge Robinson, was reassigned to the undersigned. Judge Robinson resigned from the bench in 2010. Now pending before the Court is a "motion for expungement of record" filed by defendant Sirleaf on March 18, 2016. (Doc. #51).[1]

By October 16, 2020, the government shall file a response to the motion.

Chambers will mail a copy of this order to defendant at the following address:

Aminatta Sirleaf
405 East Pilot Street, Apt. G5
Durham, NC 27707

Dated: October 2, 2020
         White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

---

[1]    The Court does not know why it took more than four years to get this case reassigned.